# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| ANDRE W. WILLIAMS, SR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:24-CV-1967-S-BW |
| | § | |
| RICHARDSON ISD | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will dismiss this action without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**SO ORDERED.**

SIGNED April 29, 2025.

**UNITED STATES DISTRICT JUDGE**